■ COLUMBIA BROADCASTING SYSTEM, INC., Respondent, v. PATRICK A. McDONOUGH, as President of Blueprint, Photostat and Photo Employees Union, Local 24910, AFL–CIO, et al., Appellants.— Motion for stay dismissed, having become academic by virtue of the decision of this court in *Columbia Broadcasting System* v. *McDonough* (8 A D 2d 695). Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of GEORGE BARONE against WATERFRONT COMMISSION OF NEW YORK HARBOR. In the Matter of DOUGLAS RAGO against WATERFRONT COMMISSION OF NEW YORK HARBOR.— Motion granted upon condition that the appellants procure the appellants' points to be served and filed on or before 12 o'clock noon on May 5, 1959, with notice of argument for May 12, 1959, said appeal to be argued or submitted when reached. The respondent's points are to be served and filed on or before 12 o'clock noon on May 11, 1959. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

## (May 5, 1959)

■ In the Matter of the Arbitration between GAYLEY MILL CORPORATION, Respondent, and PRINCETON RAYON CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ PATRICIA W. VANDERBILT, Respondent-Appellant, v. CORNELIUS VANDERBILT, JR., Appellant-Respondent.— Order so far as appealed from unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ BERTHA GOLD, Respondent, v. HARRY GOLD, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ SAMUEL R. ROSENBAUM, as Trustee, Respondent, v. HARRY MELNIKOFF et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ SAMUEL R. ROSENBAUM, as Trustee, Respondent, v. HARRY MELNIKOFF et al., Appellants.— Order unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PISCITELLO, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EVERETT BLAKE, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS WASHINGTON, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ DOROTHY GELMAN v. IRVING GELMAN.— Motion granted insofar as to permit the appeal to be heard on the original record and upon typewritten appellant's points, without printing the same, upon condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 28, 1959, with notice of argument for June 9, 1959, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.